# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

**CHARLES S. SIMS**, Bar # **CS0624**

was duly admitted to practice in this Court on

**SEPTEMBER 22nd, 1978**, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u>   on   **JUNE 03rd, 2016**

<u>Ruby J. Krajick</u>
Clerk

by _____
Deputy Clerk