IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREEN GROUP HOLDINGS, LLC, and HOWLING COYOTE, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 2:16-00145-CG-N ) |
| MARY B. SCHAEFFER, et al, | ) ) |
| Defendants. | ) |

**ORDER**

On June 2, 2016, Defendants filed Motion for Admission Pro Hac Vice for four attorneys: Lee Rowland, Benjamin Good, Dennis Parker, and Rachel Goodman. Docs. 17, 18, 20, 21. On June 3, 2016, Plaintiffs filed a Motion to Deny Admission Pro Hac Vice as to these four attorneys. Doc. 22. Defendants are **ORDERED** to respond to the Motion to Deny on or before **Friday, June 10, 2016**. The Motions and all related filings will be taken under submission on Monday, June 13, 2016.

**DONE** and **ORDERED** this the 7th day of June 2016.

    */s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**