# United States Court of Appeals



For the

# Seventh Circuit

---

## Certificate of Good Standing

I, Gino J. Agnello, Clerk of the United States Court of Appeals for the Seventh Circuit, do hereby certify that Benjamin Robert Good was on the Fourth day of December, in the year of our Lord two thousand fifteen, admitted to practice as an Attorney and Counsellor for the United States Court of Appeals for the Seventh Circuit, and that said Attorney has ever since been in good standing.

In Testimony Whereof, I, Gino J. Agnello, hereunto subscribe my name and affix the seal of the United States Court of Appeals for the Seventh Circuit, this Sixth day of June in the year of our Lord two thousand sixteen.

*Gino J. Agnello*
Clerk of the United States Court of Appeals for the Seventh Circuit