IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREEN GROUP HOLDINGS, LLC, and HOWLING COYOTE, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 2:16-00145-CG-N ) |
| MARY B. SCHAEFFER, et al, | ) ) |
| Defendants. | ) |

## ORDER

This action is before the Court on Defendants' Motion to Dismiss and Memorandum in Support (Docs. 15 and 16). Plaintiffs are **ORDERED** to respond to the Motion to Dismiss on or before **Thursday, June 23, 2016**. Defendants may filed a reply to Plaintiffs' response on or before **Thursday, June 30, 2016**. The Motion and all related filings will be taken under submission on Friday, July 1, 2016.

**DONE** and **ORDERED** this the 9th day of June 2016.

      /s/ Katherine P. Nelson
      **KATHERINE P. NELSON**
      **UNITED STATES MAGISTRATE JUDGE**