IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GREEN GROUP HOLDINGS, LLC, and HOWLING COYOTE, LLC, Plaintiffs, | ) ) ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 16-00145-CG-N |
| MARY B. SCHAEFFER, ELLIS B. LONG, BENJAMIN EATON, and ESTHER CALHOUN, individually and as members and officers of BLACK BELT CITIZENS FIGHTING FOR HEALTH AND JUSTICE, Defendants. | ) ) ) ) ) ) ) | |

**ORDER**

This action is before the Court on the motions to appear *pro hac vice* under S.D. Ala. GenLR 83.3(d) on behalf of the Defendants filed by attorneys Lee Rowland, Benjamin Good, Dennis Parker, and Rachel Goodman (Docs. 17 (as supplemented by 25), 18 (as supplemented by 28), 20, 21).  The Plaintiffs filed a motion to deny those motions to appear *pro hac vice* (Doc. 22), to which the Defendants have filed a response in opposition (Doc. 30).  Oral argument on these matters was held before the undersigned on June 29, 2016.  Present were Michael Smith, counsel for the Plaintiffs; Randall Marshall, counsel for the Defendants; and Rowland.[1]

Upon consideration of the arguments presented, it is **ORDERED** that the Plaintiffs' motion to deny the motions to appear *pro hac vice* (Doc. 22) is **DENIED** and that the motions to appear *pro hac vice* (Docs. 17 (as supplemented by 25), 18 (as supplemented by 28), 20, 21) are **GRANTED**.  Attorneys Lee Rowland, Benjamin

---

[1] Under S.D. Ala. GenLR 72(b), these non-dispositive pretrial motions have been referred to the undersigned Magistrate Judge for disposition in accordance with 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72(a), and S.D. Ala. GenLR 72(a)(1) & (a)(2)(S).

Good, Dennis Parker, and Rachel Goodman are hereby admitted *pro hac vice* as counsel for the Defendants in this action under S.D. Ala. GenLR 83.3(d).

**DONE** and **ORDERED** this the 1st day of July 2016.

>   */s/ Katherine P. Nelson*
>   **KATHERINE P. NELSON**
>   **UNITED STATES MAGISTRATE JUDGE**