## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| GREEN GROUP HOLDINGS, LLC, a Georgia limited liability company and HOWLING COYOTE, LLC, a Georgia limited liability company, | No. 2:16-cv-00145-CG-N |
| Plaintiffs, | JUDGE CALLIE V. S. GRANADE |
| -against- | |
| MARY B. SCHAEFFER, ELLIS B. LONG, BENJAMIN EATON, and ESTHER CALHOUN, as individual and as members and officers of BLACK BELT CITIZENS FIGHTING FOR HEALTH AND JUSTICE, an unincorporated association, | MAGISTRATE JUDGE KATHERINE P. NELSON |
| Defendants. | |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to SD ALA LR 83.3, I, Carl Clyde Forbes, Jr., represent to the Court as follows:

1.      I am a New York resident.

2.      I am an associate of Proskauer Rose LLP, Eleven Times Square, New York, NY 10036;

phone number (212) 969-3228.

3.      I am admitted to practice in the State of New York and before the United States District

Court for the Southern District of New York and the United States District Court for the Eastern

District of New York.

4.      I am in good standing and eligible to practice in each of the jurisdictions and courts listed

above.

5.     I am joining the litigation team from Proskauer Rose LLP, which has been retained as co-counsel to provide legal representation for Defendants Mary B. Schaeffer, Ellis B. Long, Benjamin Eaton, and Esther Calhoun in this matter.

6.     I am not now, nor have I been, suspended or disbarred in any jurisdiction.

7.     Currently, I am not involved in any pending disciplinary matters.

8.     I have filed an application for admission *pro hac vice* with the Court.

9.     Pursuant to Standing Order no. 27, I have made payment of $50 to satisfy the Court's fee for admission *pro hac vice*.

WHEREFORE, I respectfully move the Court for permission to appear in this Court for this cause only.

Respectfully submitted this 13th day of October, 2016.

Carl Forbes, Jr. (NY No. 4878427)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3228
Fax: (212) 969-2900
Email: cforbes@proskauer.com

*Co-counsel for* Defendants Mary B. Schaeffer, Ellis B. Long, Benjamin Eaton, and Esther Calhoun

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2016, I did serve the above Motion through the Court's ECF filing system pursuant to Fed. R. Civ. P. 5(b)(2)(E) to the following counsel for all Plaintiffs:

**Kirkland E. Reid**
Jones Walker LLP
11 N. Water St., Suite 1200
Mobile, AL 36602
Tel: (251) 439-7513
Fax: (251) 439-7358
Email: kreid@joneswalker.com

**Michael D. Smith**
Smith and Staggs, LLP
701 22nd Avenue
Tuscaloosa, AL 35401
Tel: (205) 409-3140
Email: msmith@smithstaggs.com

Carl Forbes, Jr.

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA

## INSTRUCTIONS FOR ATTORNEY APPLICATION FOR ADMISSION TO PRACTICE

### I.  GENERAL ADMISSION: See LR 83.3

A.  **Application.** Completed application for admission to practice signed by applicant and movant who is a member of the Bar of this court.

B.  **Electronic Filing Registration.** CM/ECF registration for e-filing and notification is required in the Southern District of Alabama unless otherwise ordered by the court. Register online at https://ecf.alsd.uscourts.gov/AttorneyReg/.

C.  **General Admission Fee:** The admission fee is $200.00 and is paid online by credit card. If the firm requires payment by check, make checks payable to "Clerk, U. S. District Court", and mail to 113 St. Joseph Street, Mobile, AL 36602.

D.  **Personal Appearance.** Appearances must be made by both the applicant and movant before a judge of this Court for swearing-in purposes. (Unless admission is available see paragraph G, below.)

E.  **Time and Date of Regularly Scheduled Admissions.** Local attorneys requesting admission to the Bar of this court will be admitted monthly at a time to be determined by the chambers of Chief Judge William H. Steele. Applications for admission must be submitted not later than the day before the scheduled admission ceremony.

F.  **Admission During the Course of Regularly Scheduled Proceedings.** Attorneys residing outside of Mobile County who have met the admission requirements will be admitted if possible on the date of their appearance before the court for hearings or other proceedings. If you wish to be admitted during the course of a regularly scheduled event, you must advise the Clerk's Office of your request so that we can coordinate the admission with the Judges' schedules in advance.

G.  **Admission for Members already admitted in Middle or Northern District of Alabama:** Attorneys who are members of the Alabama Bar and who have been admitted to the U. S. District Court for either the Northern District of Alabama or the Middle District of Alabama do not have to appear before the court and take a second oath. You may be admitted by registering on the court's website at https://ecf.alsd.uscourts.gov/AttorneyReg/. You must email the application form (with applicant and movant signatures), and a Certificate of Good Standing issued within the last 30 days from the other Alabama federal court to which you are admitted, to efile_information@alsd.uscourts.gov. The $200.00 admission fee will be paid online via pay.gov during the registration process.

### II.  *PRO HAC VICE* ADMISSIONS. See LR 83.3(d)

A.  **Motion.** A Motion for Admission *Pro Hac Vice* must be e-filed in the case in which the attorney is seeking *pro hac vice* admission. If you are not registered for e-filing you must register at https://ecf.alsd.uscourts.gov/AttorneyReg/.

B.  **Application.** Completed application for admission to practice signed by applicant. NOTE: NO MOVANT SIGNATURE IS REQUIRED FOR ATTORNEYS APPLYING FOR ADMISSION *PRO HAC VICE.*

C.  **Certificate of Good Standing.** An original Certificate of Good Standing issued within the last 30 days from the Clerk of the United States District Court in which the applicant resides or regularly practices law, or the highest Court of any State or the District of Columbia. **If counsel is admitted to practice before a Federal Court, this Court requires a certificate of good standing from that federal court.**

D.  ***Pro Hac Vice* Admission Fee.** A $50.00 fee must accompany a request for *pro hac vice* admission.

E.  **Process.** The motion to appear *pro hac vice*, application for admission, certification of good standing, and fee will all be submitted while e-filing the motion to appear *pro hac vice.*

### III.  OUT-OF-STATE ATTORNEYS:

Attorneys residing outside the State of Alabama may be generally admitted to practice before the United States District Court for the Southern District of Alabama only if they are members in good standing of the Alabama Bar, otherwise they may only be admitted *pro hac vice.*

## APPLICATION FOR ADMISSION TO PRACTICE

The undersigned attorney hereby applies for admission to practice before the United States District Court for the Southern District of Alabama (check one) _____ Generally, or ____✔____ *Pro Hac Vice* and submits the following:

1.  **State:**

    **(a) Full name:**  Carl Clyde Forbes, Jr.

    **(b) Present business address:**  Eleven Times Square, New York, NY 10036

    **(c) Office telephone number and fax number:**  Tel: (212) 969-3228; (212) 969-2900

    **(d) Name of your firm, company or agency:**  Proskauer Rose LLP

2.  **State the law school(s) you have attended, specifying the dates and the degrees(s) you have received:**

    Columbia Law School, J.D. received May 2010

3.  **(a) Are you a member in good standing of the bar of the Supreme Court of Alabama?**
    No
    **(b) If so, state the month and year you were admitted:**
    N/A
    **(c) Are you a member in good standing of the bar of any other state's highest court?**
    Yes
    **(d) If so, name the state(s) and the month and year you were admitted:**
    New York, January 2011

4.  **Name the federal courts, if any, to which you are presently admitted to practice, and are in good standing:**
    United States District Court for the Southern District of New York
    United States District Court for the Eastern District of New York

5.  **Are you regularly engaged in the practice of law in the State of Alabama?**

    No

6.  **(a) Have you ever sought admission to practice before any federal or state appellate or trial court and been refused admission, either on a temporary or permanent basis?**
    No
    **(b) If so, describe fully the circumstances:**
    N/A

7.  **(a) Do you presently have pending against you any disciplinary charges by any court or bar association?**
    No
    **(b) If so, describe fully the circumstances:**
    N/A

8.  **(a) Have you ever been cited for contempt by any federal or state court ?**
    No
    **(b) If so, describe fully the circumstances:**
    N/A

*Rev. 7/2015*

9.   (a) Have you ever been disbarred or suspended from practice or in any other way disciplined in any federal or state appellate or trial court?

No

(b) If so, describe fully the circumstances:

N/A

10.   Do you understand the Code of Professional Responsibility of the Alabama State Bar, as amended to date, and do you agree to comport yourself in accordance with it in connection with your practice in this Court?

Yes

11.   Do you agree to read and abide by the Local Rules of the United States District Court for the Southern District of Alabama, and to familiarize yourself therewith prior to filing any case and/or pleadings or appearing before this Court, and to familiarize yourself with the Standing Orders of this Court and the Administrative Rules for Electronic Filing?

Yes

(The Standing Orders of this Court and Administrative Rules for Electronic Filing are available for your review in the Clerk's Office or on the web at (www.alsd.uscourts.gov/.)

12.   I declare under penalty of perjury that the foregoing is true and correct.

_____

**Applicant**

Date:_____10/13/16_____

**Oath of Admission:**

I DO SOLEMNLY SWEAR (OR AFFIRM) THAT I WILL DEMEAN MY SELF AS AN ATTORNEY, ACCORDING TO THE BEST OF MY LEARNING AND ABILITY, AND WITH ALL GOOD FIDELITY, AS WELL TO THE COURT AS TO THE CLIENT; THAT I WILL USE NO FALSEHOOD OR DELAY ANY PERSON'S CAUSE FOR LUCRE OR MALICE, AND THAT I WILL SUPPORT THE CONSTITUTION OF THE STATE OF ALABAMA AND OF THE UNITED STATES, SO LONG AS I CONTINUE A CITIZEN THEREOF, SO HELP ME GOD.

_____

**Signature of Attorney**

# MOTION FOR GENERAL ADMISSION
### (Not required for Pro Hac Vice admission)

*The undersigned _____, a member of the bar of the United States District Court for the Southern District of Alabama, hereby moves that the foregoing applicant be admitted to practice as an attorney of this Court this _____ day of _____, 20_____.

_____

**Signature of Movant**

*NOTE: MOVANT MUST APPEAR WITH APPLICANT AT TIME OF ADMISSION.

*Rev. 7/2015*

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

### Certificate of
### Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

**CARL CLYDE FORBES** , Bar # **CF0730**

was duly admitted to practice in this Court on

**JANUARY 130th, 2012** , and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>     on     **OCTOBER 13th, 2016**

Ruby J. Krajick
Clerk

by _____
Deputy Clerk