# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **GREEN GROUP HOLDINGS, LLC**, a Georgia limited liability company and **HOWLING COYOTE, LLC**, a Georgia limited liability company, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )   CIVIL ACTION NO. 16-0145-CG-N<br>) |
| **MARY B. SCHAEFFER, ELLIS B. LONG, BENJAMIN EATON AND ESTHER CALHOUN**, individually and as members and officers of **BLACK BELT CITIZENS FIGHTING FOR HEALTH AND JUSTICE**, an unincorporated association, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

This cause is before the Court on the Plaintiffs' and Defendants' Consolidated Joint Motion to Dismiss Claims with Prejudice (Doc. 52).

Upon due consideration, said motion is **GRANTED**, and it is hereby **ORDERED** that all claims in this action are **DISMISSED with prejudice.** Each party shall bear his, her, or its own costs and attorney's fees. The Clerk is directed to close this case.

**DONE and ORDERED** this 7th day of February, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE